822

No. 196. CURTIS PUBLISHING CO. v. VAUGHAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Philip H. Strubing* and *John H. Pickering* for petitioner. *Byron N. Scott* and *Hyman Smollar* for respondent.

No. 199. LEAGUE OF WOMEN VOTERS v. UNITED STATES. Court of Claims. Certiorari denied. *Albert E. Arent* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for the United States.

No. 217. COPE ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *William M. Nicholson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 222. ROSENGARTEN ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Bernard Weiss* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for the United States.

No. 206. GENERAL FOODS CORP., MAXWELL HOUSE DIVISION, ET AL. v. THE MORMACSURF ET AL. C. A. 2d Cir. Certiorari denied. *Horace T. Atkins* for petitioners. *Eugene Underwood* for respondents.

No. 207. WEIL v. UNITED STATES. Court of Claims. Certiorari denied. *John P. Allison* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz* and *Helen A. Buckley* for the United States.